**Repeat, DISMISSED, APPEAL**

# U.S. Bankruptcy Court
## District of Connecticut (Bridgeport)
### Bankruptcy Petition #: 22−50272

*Assigned to:* Julie A. Manning
Chapter 13
Voluntary
Asset

*Date filed:* 06/02/2022
*Debtor dismissed:* 09/23/2022
*341 meeting:* 07/22/2022

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Donatien Masala**
253 Beechwood Avenue
Bridgeport, CT 06604
FAIRFIELD−CT
SSN / ITIN: xxx−xx−0267

represented by **Donatien Masala**
PRO SE

*Trustee*
**Roberta Napolitano**
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(860)278−9410

represented by **Patrick Crook**
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
860−278−9410
Email: pcrook@ch13rn.com

**Roberta Napolitano**
10 Columbus Boulevard
6th Floor
Hartford, CT 06106
(860)278−9410
Fax : (860)527−6185
Email: notices@ch13rn.com

*U.S. Trustee*
**U. S. Trustee**
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(203)773−2210

| Filing Date | # | Docket Text |
|---|---|---|
| 12/09/2022 | 69 | ***ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT/ORDER.*** The Motion for Reconsideration filed by Juan−Jose' Brookins, Interested Party, ECF No. 67, which is deemed to be a Motion for Relief from Judgment/Order pursuant to Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024, is DENIED. None of the grounds for relief set forth in Federal Rule of Civil Procedure 60 and Federal Rule of Bankruptcy Procedure 9024(b) exist to relieve the Debtor from the Order Granting the Trustee's Motion to Dismiss the Debtor's Chapter 13 case, ECF No. 43. At or before 4:00 p.m. |

|  |  |  | on December 12, 2022, the Clerk's Office shall serve this Order on the Pro Se Debtor via first class mail to the address listed on the Pro Se Debtor's petition and on the Interested Party at the address contained in the Motion. Signed by Judge Julie A. Manning on December 9, 2022.(RE: 67) (gr) (Entered: 12/09/2022) |